STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS GAMBLE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.,* for the petitioner.

*Mr. Robert H. Doherty, Jr.* and *Mr. Robert B. Silverman,* for the respondent.

May 12, 1970. Denied.

CONRAD C. RENNER, PLAINTIFF-RESPONDENT, v. R. L. TOOL & DIE COMPANY, DEFENDANT-PETITIONER.

*Messrs. Conant, Halberstadter & McGuire,* and *Mr. Edwin J. McCreedy,* for the petitioner.

*Messrs. Marra, Cherin & Gerstein,* for the respondent.

May 12, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT. v. JAMES VINCENT CALLANO, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* and *Mr. Paul Feldman,* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin,* for the respondent.

May 12, 1970. Dismissed.